# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No.  08-0489V**
**Filed: May 7, 2014**
Not To Be Published

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| KOREN MCKENZIE, | \* | |
| parent and natural guardian of | \* | |
| E.J., a minor, | \* | |
| | \* | |
| Petitioner, | \* | Autism; Stipulation; |
| | \* | Attorneys' Fees and Costs |
| v. | \* | |
| | \* | |
| SECRETARY OF HEALTH AND | \* | |
| HUMAN SERVICES | \* | |
| | \* | |
| Respondent. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Robert J. Krakow, Esq.*, Law Office of Robert J. Krakow, P.C., New York, NY for petitioner.
*Ann D. Martin, Esq.*, US Department of Justice, Washington, DC for respondent.

## DECISION ON ATTORNEYS' FEES AND COSTS[1]

**Vowell**, Chief Special Master:

In this case under the National Vaccine Injury Compensation Program,[2] I issued a decision dismissing this petition on January 17, 2014.  On May 6, 2014, the parties filed a stipulation of facts concerning attorneys' fees and costs.  In lieu of filing a General Order 9 statement, petitioner's counsel represents that he will reimburse

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)).  In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B).  Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision.  If, upon review, the undersigned agrees that the identified material fits within the requirements of that provision, such material will be deleted from public access.

[2] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

petitioner for any personal litigation costs compensable under the Vaccine Act from the award of attorneys' fees and costs in this case.  Stipulation at ¶ 5.

I find that this petition was brought in good faith and that there existed a reasonable basis for the claim.  Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. §§ 300aa-15(b) and (e)(1).  Further, the proposed amount seems reasonable and appropriate.

**Accordingly, I hereby award the total $12,000.00[3] in the form of a check payable jointly to petitioner, Koren McKenzie and petitioner's counsel of record, Robert J. Krakow, for petitioner's attorney fees and costs.**

The clerk of the court shall enter judgment in accordance herewith.[4]

**IT IS SO ORDERED.**

<u>**s/ Denise K. Vowell**</u>
**Denise K. Vowell**
Chief Special Master

---

[3] This amount is intended to cover all legal expenses incurred in this matter.  This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered.  Furthermore, 42 U.S.C. § 300aa-15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein.  *See generally Beck v. Sec'y, HHS*, 924 F.2d 1029 (Fed. Cir.1991).

[4] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review.  *See* Vaccine Rule 11(a).